IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tucker Jr, Edward Earl

Printed: 6/3/08

Case Number: 05 B 45216
Judge: Wedoff, Eugene R
Filed: 10/6/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 22,109.73 |  |
| Secured: |  | 18,244.33 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,153.01 |
| Other Funds: |  | 12.39 |
| Totals: | 22,109.73 | 22,109.73 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Monterey Financial Services | Secured | 1,522.14 | 1,063.22 |
| 3. | ECast Settlement Corp | Secured | 218.41 | 140.50 |
| 4. | HSBC Auto Finance | Secured | 22,019.67 | 15,259.65 |
| 5. | American General Finance | Secured | 2,559.77 | 1,780.96 |
| 6. | Illinois Dept of Revenue | Priority | 3,674.41 | 0.00 |
| 7. | Internal Revenue Service | Priority | 5,783.44 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 107.44 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 30.72 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 2,033.81 | 0.00 |
| 11. | American General Finance | Unsecured | 10.96 | 0.00 |
| 12. | Merrick Bank | Unsecured | 99.01 | 0.00 |
| 13. | Card Holder Services | Unsecured | 202.14 | 0.00 |
| 14. | Target National Bank | Unsecured | 52.43 | 0.00 |
| 15. | Monterey Financial Services | Unsecured | 56.19 | 0.00 |
| 16. | HSBC Auto Finance | Unsecured | 851.06 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 26.07 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 129.88 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 103.12 | 0.00 |
| 20. | Verizon Wireless | Unsecured |  | No Claim Filed |
| 21. | Sam's Club | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 42,180.67 | $ 20,944.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Tucker Jr, Edward Earl | Case Number: 05 B 45216 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 10/6/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 423.36 |
| 5% | 150.12 |
| 4.8% | 287.48 |
| 5.4% | 292.05 |
| | _____ |
| | $ 1,153.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

